UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK HERNANDEZ, et al.

    Defendants.
_____

### ORDER ON VARIOUS MOTIONS

THIS CAUSE is before the Court on various motions filed by the defendants, which were referred to United States Magistrate Judge, Lurana S. Snow, for disposition. Being fully advised, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendant **Emmanuel Antonio's** Motion for Extension of Time to File Further Motions (DE 246) is GRANTED.  All counsel for the defendants shall have until July 24, 2007, within which to file pretrial motions.

2. Defendant **Emmanuel Antonio's** Motion to Adopt (DE 359) defendants EVA's and Tropic's Motion to Dismiss Indictment is GRANTED except as to any matter where standing is an essential element of participation.  Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

3. Defendant **Theophilos Antoniou's** Motion to Adopt (DE 254) Co-Defendant Emmanuel Antonio's Motion for Extension of Time to File Further Motions is GRANTED except as to any matter where standing is an essential element of participation. Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

4. Defendant **Thomas Walker's** Motion to Adopt Motions of Co-Defendants (DE 257) is DENIED without prejudice to refile in the proper format.

DONE AND ORDERED at Fort Lauderdale, Florida, this 8th day of June, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez & Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)