UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK HERNANDEZ, et al.

    Defendants.
_____

## O R D E R

THIS CAUSE is before the Court on defendant **Emmanuel Antonio's** Unopposed Motion to Reduce Bond (DE 761), which was referred to United States Magistrate Judge, Lurana S. Snow for disposition. The Government having no objection, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Defendant Emmanuel Antonio's bond is hereby reduced to $100,000.00 corporate surety with *Nebbia*. All conditions of the original bond shall remain in full force and effect. Once the reduced bond has been posted, the original bond of $250,000.00 shall be discharged.

DONE AND ORDERED at Fort Lauderdale, Florida, this 8th day of November, 2007.

                                                 */s/ Lurana S. Snow*
                                           LURANA S. SNOW
                                           UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Ellen Cohen (WPB)
Bruce Lyons, Esq. (D-Antonio)
Debbie Donovan (Courtroom Deputy)
U.S. Probation (FTL)
Financial (MIA)